**UNITED STATES of America,**

v.

**Joseph SHALATA, Appellant.**

**No. 01–4064.**

United States Court of Appeals, Third Circuit.

Submitted Under Third Circuit LAR 34.1(a) Feb. 10, 2003.

Decided Feb. 24, 2003.

Before ALITO and MCKEE, Circuit Judges, and SCHWARZER, Senior District Judge.*

OPINION OF THE COURT

PER CURIAM.

Defendant Joseph Shalata pled guilty to conspiracy to distribute in excess of 100 grams of heroin which resulted in the death of another person, in violation of 21 U.S.C. § 846. The District Court imposed sentence and entered judgment, and this appeal followed.

The defendant contends (1) that the District Court should have lessened his feder-

---

*The Honorable William W Schwarzer, Senior District Judge for the Northern District of

al sentence by according him full-time credit for a related state conviction and sentence already served and (2) that his guilty plea was not entered voluntarily, knowingly, and intelligently. In accordance with the defendant's instructions, defendant's counsel submitted a brief presenting these claims to this Court. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), however, defendant's counsel submitted a brief certifying that each of the issues raised by the defendant is without merit. We agree.

After reviewing counsel's *Anders* brief and engaging in an independent review of the record, *see United States v. Youla*, 241 F.3d 296, 299–300 (3d Cir.2001), we find no non-frivolous issues meriting appeal. Accordingly, pursuant to *Anders* and Third Circuit Local Appellate Rule 109.2(b), we affirm the judgment of the District Court and grant defense counsel's motion to withdraw.

---

California, sitting by designation.